# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Glen Ellyn Pharmacy, Inc.

                Plaintiff,

v.                                                 Case No.: 1:12–cv–03264

                                                      Honorable Harry D. Leinenweber

Express Scripts, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 17, 2012:

      MINUTE entry before Honorable Harry D. Leinenweber:Pursuant to the Stipulation, this case is dismissed without prejudice and with each party bearing its own costs. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.